UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
10-20457-CIV-MORENO

CHRISTELLE HAMON,

    Plaintiff,

vs.

CASA CASUARINA, LLC, and PETER T. LOFTIN,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS TO COUNTS I AND II

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss Amended Complaint **(D.E. No. 20)**, filed on **May 4, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as to Counts I and II. The Amended Complaint now contains allegations for Counts I and II that are sufficient to state a claim upon which relief can be granted and to withstand Defendants' Rule 12(b)(6) Motion to Dismiss. Further, it is

**ADJUDGED** that Plaintiff shall respond to Defendants' Motion to Dismiss as to Count III, a claim for intentional infliction of emotional distress against Defendant Loftin

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record