UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**10-20457-CIV-MORENO**

CHRISTELLE HAMON,

    Plaintiff,

vs.

CASA CASUARINA, LLC,

    Defendant.

_____/

**ORDER GRANTING REQUEST FOR CLARIFICATION**

    THIS CAUSE came before the Court upon Defendant Casa Casuarina, LLC's Request for Clarification and Motion to Amend the Style of the Case **(D.E. No. 34)**, filed on **June 30, 2010**.

    THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that the motion is GRANTED. Peter T. Loftin is no longer a defendant in this case and does not need to file an answer to the Amended Complaint. Further, the style of the case shall be amended as shown above.

    DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record