UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
10-20457-CIV-MORENO

CHRISTELLE HAMON,

    Plaintiff,

vs.

CASA CASUARINA, LLC,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon Plaintiff's Motion for the Court to Reconsider Plaintiff's Motion for Enlargement of Time to Amend Complaint (**D.E. No. 46**), filed on **August 6, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record