## United States District Court - Southern District of Florida - Miami Division

Judge Federico A. Moreno 99 N.E. 4th Street Courtroom 4 10th floor

  

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **25** Aug 2010  11:00 AM | 12:00 PM | STATUS HEARING | 10-20457-CIV-MORENO<br>CHRISTELLE HAMON<br>    Paul F. Penichet, Esq.<br>vs.<br>CASA CASUARINA, LLC<br>    Ilona M. Demenina, Esq.<br>(Status Hearing) |

Court Reporter - Judy Shelton

48 minutes